AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

United States of America )
v. )
) Case No.
) 16- MJ-62
DEONTEZ K. MAYFIELD )
)
)
*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 8, 2016__ in the county of __East Baton Rouge__ in the
__Middle__ District of __Louisiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a firearm by a convicted felon |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Mary C. Downie, Special Agent (ATF)
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 07/14/2016

*Judge's signature*

City and state: Baton Rouge, Louisiana    Richard L. Bourgeois, Jr., U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| *versus* : | CASE NO. 16- MJ - 62 |
| : | |
| DEONTEZ K. MAYFIELD : | |

## AFFIDAVIT

Before me, the undersigned authority, personally came and appeared Mary C. Downie, Special Agent with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), who, after being duly sworn, stated the following information which she acknowledges as true to the best of her knowledge and belief:

1.  I am a Special Agent with the ATF in Baton Rouge, Louisiana, and have been so employed since September 2004. Prior to joining the ATF, I was an Agent with the Louisiana Department of Public Safety and Corrections, Division of Probation and Parole, for approximately seven years in New Orleans, Louisiana. In addition to being an Agent with the Division of Probation and Parole, I served as a Reserve Deputy for the Jefferson Parish Sheriff's Office for approximately one year. I have attended and successfully completed training for Louisiana's Peace Officer Standards and Training through the Slidell Police Academy, the Federal Law Enforcement Criminal Investigation Training Program and the Bureau of Alcohol, Tobacco, Firearms, and Explosives Special Agent Basic Training. I have conducted numerous investigations relating to the aspects of Federal firearms violations. As a result of my training, general knowledge and experience as a Special Agent with ATF, I am familiar with the Federal Firearms Laws. I

know that it is a violation of Title 18, United States Code, Section 922(g)(1), for a convicted felon to possess a firearm.

2.   As set forth below, I am conducting an investigation of **DEONTEZ K. MAYFIELD ("MAYFIELD")** (Black/Male, DOB: 11/27/1988; FBI number 79475DC2) for possession of a firearm by a convicted felon.

3.   The facts in this Affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement officers and witnesses. This Affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter. The following information has been provided to me by the East Baton Rouge Parish Sheriff Office ("EBRSO"). This Affidavit is made in support of a Criminal Complaint for **DEONTEZ K. MAYFIELD**.

4.   On July 08, 2016, I reviewed EBRSO incident report number 16-46646, According to the report, on July 6, 2016, at approximately 0140, EBRSO Sergeant M. Zachary, in his fully marked EBRSO unit, observed a vehicle in his rear and side mirrors approaching with its high beams on. The vehicle continued to close the distance and came within a few feet of Sergeant Zachary's bumper. The vehicle "tailgated" for a few moments then backed off to about 50 feet for a moment. The vehicle subsequently accelerated close to the rear of the Sergeant Zachary's unit. The sequence repeated several more times. Sergeant Zachary changed lanes several times, and although there was little traffic on the road, the vehicle changed lanes each time staying directly behind the unit. The vehicle's high beam lights remained on during this time. Sergeant Zachary quickly turned into the right turn lane and the vehicle continued straight. Sergeant Zachary then observed that the vehicle had no working license plate light.

5. Sergeant Zachary merged back onto the road and attempted to initiate a traffic stop in the 4800 block of Bluebonnet Road, Baton Rouge, Louisiana, by activating his emergency lights. The suspect driving the vehicle began to slow but then accelerated away. The suspect fled briefly until he turned down a dead end street. The vehicle slowed to a coast and the driver's side door opened and a black male, approximately 25 years old, 5'10"- 6'0" tall, 160-180 pounds exited. Sergeant Zachary observed a black semi-automatic pistol fall to the ground. Sergeant Zachary was uncertain if the firearm had fallen from the suspect's hand, waistband, or vehicle. After the suspect exited, he looked back at the firearm and Sergeant Zachary accelerated his unit towards the suspect to prevent him from retrieving the firearm. The suspect then turned, ran, and escaped after scaling a fence. The vehicle was "in gear" and struck the fence. Sergeant Zachary recovered the firearm, Ruger, Model 9E, 9mm pistol, serial number 335-91615. The firearm was equipped with laser sights and loaded with 16 rounds of ammunition. The suspect drove a white Honda Accord, bearing Louisiana license plate ZXL697.

6. On July 9, 2016, Sergeant Zachary was shown a picture of **MAYFIELD** by EBRSO Detective C. Trosclair. Sergeant Zachary identified the photo of **MAYFIELD** as the suspect that fled from him on July 6, 2016.

7. On July 10, 2016, Detective Trosclair along with other investigators met with the registered owner of the vehicle, William Mitchell, IV. Mitchell stated that he purchased the vehicle for Omekia Dalcourt in April 2016.

8. On July 11, 2016, EBRSO Lieutenant R. Davis contacted Omeka Dalcourt regarding her vehicle. Dalcourt advised Lieutenant Davis that on the night in question **"DEONTEZ"**, also known as **"SLICK,"** used her vehicle. **DEONTEZ** contacted Dalcourt on July 6, 2016, to notify her that her vehicle had been towed.

9. According to Louisiana State Police (LSP) Crime Laboratory under report number SP-8880-16, dated July 14, 2016, DNA swabs taken from the vehicle and the firearm were analyzed for the presence of DNA. DNA from the firearm was entered into CODIS which resulted in a "moderate match" to **DEONTEZ K. MAYFIELD**. DNA from the steering wheel of the vehicle was entered into CODIS which resulted in a "moderate match" to Omeka Dalcourt, black female, DOB: 03/16/1979.

10. I conducted a criminal history check of **MAYFIELD** and determined that **MAYFIELD** was previously convicted of Simple Burglary in the 19th Judicial District of Louisiana under case number 05-08-0868. **MAYFIELD** was convicted of 12 counts of Simple Burglary in the 18th Judicial District of Louisiana under case number 095263. **MAYFIELD** was convicted of 8 counts of Simple Burglary in the 18th Judicial District of Louisiana under case number 095826.

11. On July14, 2016, ATF Special Agent L. Goldsmith, a firearms interstate nexus expert, conducted a preliminary review of the Ruger, Model 9E, 9mm pistol, bearing serial number 335-91615. Special Agent Goldsmith advised me that firearm was not manufactured in Louisiana and therefore affected interstate commerce.

12. Based on the facts set forth in this Affidavit, I believe there is probable cause that **DEONTEZ K. MAYFIELD** is in violation of Title 18, United States Code, Section 922(g)(1) possession of a firearm by a convicted felon.

_Mary C. Downie_
Mary C. Downie, Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Subscribed and sworn to before me on this 14th day of July, 2016, Baton Rouge, Louisiana.

_Richard L. Bourgeois, Jr._
RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE
MIDDLE DISTRICT OF LOUISIANA